IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02910-BNB

JOYCE YVETTE ARNOLD,

    Plaintiff,

v.

JEFFERSON COUNTY SHERIFF'S OFFICE,

    Defendant.

## ORDER OF DISMISSAL

    Plaintiff, Joyce Yvette Arnold, is incarcerated at the Jefferson County Detention Facility in Golden, Colorado.  She initiated the instant action by submitting *pro se* a letter (ECF No. 1).  The Court reviewed the letter and determined it was deficient.  Therefore, on October 24, 2013, Magistrate Judge Boyd N. Boland entered an order directing Plaintiff to cure the deficiencies if she wished to pursue her claims.

    The October 24 order pointed out that Ms. Arnold failed to submit either the $400.00 filing fee or a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the proper, Court-approved form--i.e., the current form revised October 1, 2012, with an authorization and certificate of prison official.  The October 24 order also required Plaintiff to submit a certified copy of her prisoner's trust fund statement for the 6-month period immediately preceding this filing.  The October 24 order further directed her to file a Prisoner Complaint on the proper, Court-approved form.  The order directed Plaintiff to obtain, with the assistance of her case manager or the facility's legal assistant, the current Court-approved forms for filing a Prisoner's

Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint. The October 24 order warned Ms. Arnold that if she failed to cure the designated deficiencies within thirty days, the action would be dismissed without prejudice and without further notice.

Despite numerous subsequent filings, Ms. Arnold has failed within the time allowed to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the current form revised October 1, 2012, and a signed authorization allowing the prison facility to calculate and disburse funds from her inmate trust fund account. The action will be dismissed without prejudice because Ms. Arnold has failed to cure all designated deficiencies within the time allowed.

Finally, the Court certifies pursuant to § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. See *Coppedge v. United States*, 369 U.S. 438 (1962). If Ms. Arnold files a notice of appeal she also must pay the full $505.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the amended Prisoner Complaint (ECF No. 5) and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Joyce Yvette Arnold, to cure all the deficiencies designated in the order to cure of October 24, 2013, within the time allowed. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.  It is

FURTHER ORDERED that any pending motions are denied as moot.

DATED at Denver, Colorado, this  23rd  day of    December        , 2013.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court